

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On May 24, 2022, appellant filed her brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that pages 38, 53, 59, 69, 111, and 115 of the brief include sensitive data, specifically the birth date and name of a person who was a minor when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9.

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.9 by **June 10, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022



FILE COPY

MICHAEL A. CRUZ, Clerk of Court